# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal Case No. SAG-11-0362 |
| | * | |
| ANDRE JAMAL COURTNEY | * | |
| | * | |

\* * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM AND ORDER

Now pending is Andre Courtney's pro se "Rule 35 Motion for Temporary Release due to the Cares Act." ECF 63. Courtney argues he is eligible for compassionate release because he is a vulnerable individual, and that the prison facility is unable to provide medical care under the COVID-19 circumstances, which he asserts would likely result in a serious illness and death. But Courtney does not provide medical records or other documentation of an underlying health condition that would support his claim, nor does he provide any evidence of administrative exhaustion. The court is thus without sufficient evidence to consider Courtney's motion. Accordingly, Courtney's request for temporary release pursuant to 18 U.S.C. § 3582(c)(1)(A) is DENIED WITHOUT PREJUDICE.

So Ordered this  14th  day of September, 2020.

                                               /s/
                                       Stephanie A. Gallagher
                                       United States District Judge